**Opinion issued August 21, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00571-CV

———————————

**JEAN GRACIA SAINT GERMAIN, Appellant**

**V.**

**FALL CREEK HOMEOWNERS ASSOCIATION, INC., Appellee**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-21193**

---

## MEMORANDUM OPINION

Appellant Jean Gracia Saint Germain has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.941(a), 101.041; Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before

the Judicial Panel on Multi-District Litigation, Misc. Docket No. 24-9047 (Tex. July 26, 2024). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

We dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.